# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARIONNE ATIENZA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE, N.A., and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:18-cv-01037-TLN-GGH<br>*Assigned to Troy L. Nunley; Referred to Magistrate Judge Gregory G. Hollows*<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S TIME TO RESPOND TO COMPLAINT**<br><br>Initial Resp. Date:　May 18, 2018<br>Current Resp. Date:　June 15, 2018<br>New Resp. Date:　　June 29, 2018<br><br>Complaint Filed:　April 25, 2018<br>Trial Date:　　　TBD |

# ORDER

Based upon the Parties' stipulation, and good cause appearing therefor, defendant Capital One Auto Finance, a Division of Capital One, N.A. has until June 29, 2018 to file and serve a response to the Complaint filed by plaintiff Marionne Atienza.

**IT IS SO ORDERED.**

Dated: June 14, 2018

_____
Troy L. Nunley
United States District Judge